# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CYNTHIA HAYES                                                                PLAINTIFF

v.                              4:19CV00891-BRW-JTK

MARK GOBER, et al.                                                          DEFENDANTS

## MEMORANDUM AND ORDER

Plaintiff has not responded to the Court's December 13, 2019 Order directing her to submit either the $400 filing fee or an in forma pauperis motion within within thirty days. (Doc. No. 2). The copy of the Order sent to Plaintiff at her last-known address was returned to the Court as undeliverable on January 3, 2020. (Doc. No. 3)

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, the Court finds that her Complaint should be dismissed without prejudice for failure to prosecute.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 21st day of January, 2020.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE