IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA HAYES**                                                                                **PLAINTIFF**

**v.**                                 **4:19CV00891-BRW-JTK**

**MARK GOBER, et al.**                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice for failure to prosecute.

IT IS SO ORDERED this 21st day of January, 2020.

                                                   Billy Roy Wilson_____
                                                   UNITED STATES DISTRICT JUDGE